# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STANLEY BASS,

    Plaintiff,

v.                                    CASE NO. 4:06cv266-RH/AK

J. BRANNON, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

This matter is before the court on the magistrate judge's report and recommendation (document 44), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendants' motion for summary judgment (document 36) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

    SO ORDERED this 9th day of January, 2008.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge