IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STANLEY BASS,

    Plaintiff,

vs.                                         Case No. 4:06cv266-RH/AK

J. BRANNON, et al,

    Defendants.

_____/

## O R D E R

This case has been remanded after consideration of the summary judgment motion filed by the Defendants. (Doc. 45). Plaintiff, an inmate proceeding *pro se*, has brought an excessive force claim under the Eighth Amendment. (Doc. 23).

While the special report was designed to streamline the discovery process in cases of this nature, the Court realizes that the parties may wish to conduct further discovery prior to proceeding to an evidentiary hearing or trial. Indeed, it is noted that Plaintiff has repeatedly requested discovery already in this case. Thus, the parties will be given an opportunity to file motions showing good cause to engage in additional discovery and detailing the nature and scope of any discovery they deem necessary. In showing good cause, such a motion must clearly demonstrate that there is a need for the materials sought, that the materials are relevant to developing material issues not already covered through the special report process, that the information is not otherwise

available to the party, and the discovery is necessary to provide a full and fair hearing on the merits.  A sufficient showing of good cause is especially important in cases such as this where the dispute concerns facts which are as much within the knowledge of Plaintiff as the Defendants.  Any proposed discovery requests should be attached to the motion.

Accordingly, it is

**ORDERED:**

1. The parties shall have until **March 14, 2008**, to file motions detailing the scope and nature of any further discovery necessary, and showing good cause for a need to conduct such discovery.

**DONE AND ORDERED** this __14th__ day of January, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**