**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**STANLEY BASS,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**CASE NO. 4:06CV266-RH/AK**

**J. BRANNON, et al,**

    **Defendants.**

_____/

# O R D E R

Presently before the Court is Defendants' Motion for Additional Discovery. (Doc. 47). Having considered said motion, the Court is of the opinion that it should be **GRANTED**.

Plaintiff did not file any motions for discovery and the time has expired, but Defendants may conduct the discovery they propose. A deadline will be set below for Defendants to advise the Court of the status of this discovery and to detail any additional discovery plans.

Accordingly, it is

**ORDERED:**

1. Defendants' Motion (doc. 47) is **GRANTED**, and discovery may proceed, including the setting of depositions. Plaintiff is advised that any attendance by him at such depositions, including attendance by phone, will be at his expense, which must be

proffered to Defendants, if they make these arrangements, prior to the setting of the depositions.

2. All attached proposed discovery may be served upon Plaintiff, who is advised that he has thirty days from the date of service to respond and to sign and return the Medical Authorization for release of his records.

3. Defendants shall file a Status Report on or before **June 20, 2008**, advising the Court of the status of discovery, any additional discovery necessary, and their readiness for trial.

**DONE AND ORDERED** this  *19th*  day of March, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:06cv266-RH/AK**