**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**STANLEY BASS,**

    **Plaintiff,**

**vs.**                                                               **CASE NO. 4:06CV266-RH/AK**

**J. BRANNON, et al,**

    **Defendants.**

_____/

**O R D E R**

Presently before the court is Plaintiff's Motion for More Definite Statement of Complaint. (Doc. 49).

Insofar as any statements made in this motion are meant to amend the complaint, the motion is **DENIED**. Plaintiff has not been granted leave to amend his complaint.

Insofar as the motion suggests that the Court set depositions and a status hearing, the motion is **DENIED**. Plaintiff was advised by Order dated January 14, 2008, of the process for obtaining discovery, i.e. he should file a motion with the proposed discovery attached on or before March 14, 2008. (Doc. 46). The Court does not pay for depositions. Plaintiff may pose interrogatories to the Defendants and request documents from them, but he must first file a motion with the Court and attach the

proposed requests.  He was directed to do this before March 14, 2008, but the court will extend this time through April 11, 2008.

The Court will also not hold a status hearing.

Accordingly, it is

**ORDERED:**

Plaintiff's Motion for More Definite Statement (doc. 49) is **DENIED**.  The time within which Plaintiff may file a motion for discovery is hereby extended through **April 11, 2008.**

**DONE AND ORDERED** this  _21st_  day of March, 2008.


          _s/ A. KORNBLUM_
          **ALLAN KORNBLUM**
          **UNITED STATES MAGISTRATE JUDGE**

**No. 4:06cv266-RH/AK**