IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**STANLEY BASS,**

    **Plaintiff,**

**vs.**                                    **CASE NO. 4:06CV266-RH/AK**

**J. BRANNON, et al,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion for Discovery. (Doc. 52). Having considered said motion, which was deposited into the hands of the officials at the correctional institution on April 10, 2008, and is therefore considered timely, and will be **GRANTED.** The discovery attached to the motion shall be deemed served on this date and the time to respond thereto shall begin to run from this date.

**DONE AND ORDERED** this  *16th*  day of April, 2008.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**