**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**STANLEY BASS,**

    **Plaintiff,**

**vs.**                                                               **CASE NO. 4:06CV266-RH/AK**

**J. BRANNON, et al,**

    **Defendants.**

    _____/

**O R D E R**

This court's order entered January 14, 2008, directed that discovery motions be filed by March 14, 2008.  (Doc. 46).  Both parties have filed motions and it appears that discovery may be complete.  Plaintiff has filed a motion that his discovery responses be filed (doc. 55), but this is not local practice, and the motion is **DENIED**.

The parties shall, however, advise the Court of the status of discovery.

Additionally, in accordance with 28 U.S.C. § 636(c)(2), the parties are notified that, if a trial has been demanded, they may consent to full trial before the undersigned, a magistrate judge.  Title 28 U.S.C. § 636(c)(1) provides that a full-time United States magistrate judge may, upon consent of the parties, conduct any or all proceedings in a jury or non-jury civil matter and order the entry of judgment in the case when specially designated to exercise such jurisdiction by the district court.  The undersigned has been designated to conduct proceedings in accordance with 28 U.S.C. § 636(c).  Order of

designation filed December 8, 1988, 1-8402-4.  The parties, of course, are entirely free to withhold such consent without any adverse consequences.  If Plaintiff desires to consent, the form shall be signed and forwarded to Defendants' counsel.  If Defendants consent, the form shall be signed and filed with the Clerk of Court.

If the parties consent to trial before the undersigned magistrate judge, the Clerk will refer the file to me and a trial will be scheduled.  If consent is not given, the Clerk will later, upon Order, refer the file to the assigned district judge for scheduling the trial consistent with his trial schedule.

Accordingly, it is

**ORDERED:**

1.  The parties shall have until **June 3, 2008**, to advise the Court of any remaining discovery needs, the status of their discovery efforts and the time frame thereof, or whether this cause is ready to proceed to the pretrial stage.

2.  The Clerk of Court shall send the parties a consent form in accordance with 28 U.S.C. § 636(c)(2).

3.  The parties shall have until **June 3, 2008**, in which to file a consent form if desired.

4.  Plaintiff's Motion for leave to file discovery (doc. 55) is **DENIED**.

**DONE AND ORDERED** this  _**20**$^{th}$_  day of May, 2008.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**

**No. 4:06cv266-RH/AK**