**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**STANLEY BASS,**

    **Plaintiff,**

vs.                                      **CASE NO. 4:06CV266-RH/AK**

**J. BRANNON, et al,**

    **Defendants.**

    _____/

## O R D E R

By Order dated May 20, 2008, the parties were directed to advise the Court what discovery remained to be done to prepare this case for trial. (Doc. 56). Defendants have responded and provided a detailed discovery plan that should be concluded by September 1, 2008. Plaintiff has not responded to the Order, but a general discovery period will be extended to both parties and he may conduct discovery during this time within the parameters of the Federal Rules of Civil Procedure. Plaintiff is reminded that he brought this lawsuit and has made a number of serious allegations against the defendants that they are entitled to defend. He must participate in discovery or he risks having his lawsuit dismissed.

Accordingly, it is

**ORDERED:**

1. That a period of discovery is hereby extended through September 1, 2008.

2.  That the parties shall advise the Court on or before **September 12, 2008**, by the filing of a Status Report, of any remaining discovery needs and whether this cause is ready to proceed to the pretrial stage.  Trial will be set after this time.

**DONE AND ORDERED** this  *4*<sup>th</sup>  day of June, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**